No. 55485.—R. H. Macy & Co., Inc. *v.* United States, protest 162107–K (New York).

Opinion by RAO, J. It was stipulated that the merchandise consists of ladies' blouses, wholly or in chief value of cotton, not knit or crocheted; that said blouses are not described in paragraph 1529; and that the cotton contained in said articles has a staple of less than one and one-eighth inches in length. Upon a consideration of the entire record the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, APRIL 24, 1951

No. 55486.—Wing On Tong & Co. et al. *v.* United States, protests 630837–G, etc. (Los Angeles).

Opinion by CLINE, J. In accordance with stipulation of counsel that the merchandise is similar in all material respects to the apricot kernels the subject of Abstract 34104, the claim at 3 cents per pound under paragraph 762 was sustained.

No. 55487.—Frank Ryser Co. *v.* United States, protest 56218–K/90256 (Chicago).

Opinion by CLINE, J. At the trial, the examiner of merchandise testified that he would now return certain portions of the Gruyère process-cheese at 20 percent under paragraph 710, as modified, *supra*, upon authority of *Gruyere Cheese Corp. et al.* v. *United States* (7 Cust. Ct. 171, C. D. 562) and *Kraft Phenix Cheese Corp.* v. *United States* (10 Cust. Ct. 271, C. D. 767). On the record presented and on authority of the cited cases, the claim of the plaintiff was sustained as to the following items: Five portions out of the invoice item covering 50 cases (3,600 boxes) of 6-ounce 6-portion assortments, and four portions out of the invoice item covering 25 cases (1,800 boxes) of 8-ounce 7-portion assortments.